## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MARK TAYLOR,

     Plaintiff,

v.                                                            Case No. 2:21-cv-02202-MSN

SHELBY COUNTY HEALTH CARE
CORPORATION, d/b/a/ REGIONAL ONE
HEALTH,

     Defendants.

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 01, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal with Prejudice, filed December 17, 2021, (ECF No. 24) settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: _s/ Mark S. Norris_____
                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:      December 20, 2021_____